CITY OF JACKSONVILLE, a Municipal Corporation, and JOHN
FOWLER, as Commissioner of Buildings, also known as
Inspector of Buildings, for said City, *Plaintiffs in Error*,
vs. STATE OF FLORIDA, ex rel., ALEX H. STEPHENS, *Defendant in Error*.

144 So. 656.

Division A.

Decision filed November 22, 1932.

*Austin Miller* and *Emmet Safay*, for Plaintiffs in Error;
*P. H. Odom*, for Defendant in Error.

PER CURIAM.—This cause having heretofore been submitted to the Court upon the transcript of the record of the
Order herein and briefs and argument of counsel for the
respective parties, and the record having been seen and
inspected, and the Court being now advised of its judgment to be given in the premises, it seems to the Court
that there is no error in the said Order; it is therefore
considered, ordered and adjudged by the Court that the
said Order of the Circuit Court be, and the same is hereby
affirmed.

BUFORD, C.J. AND ELLIS AND BROWN, J.J., concur.

WHITFIELD, P.J. AND TERRELL AND DAVIS, J.J., concur in
the opinion and judgment.